Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
Casey Watkins (ID No. 060122014)
watkinsc@ballardspahr.com
Sadé Calin (ID No. 231602017)
calins@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
856.761.3400
856.761.1020 fax

Attorneys for Defendant Subaru of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Cheryl Sauer**, individually and on behalf of all others similarly situated,<br><br>Plaintiff;<br><br>v.<br><br>**Subaru of America, Inc,**<br><br>Defendant. | Civil Action No.<br>1:18-cv-14933-JHR-AMD<br><br>**Defendant Subaru of America, Inc.'s Notice of Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim, and to Strike Prayer for Punitive Damages**<br>**[Fed. R. Civ. P. 12(b)(1), (6), & (f)]**<br><br>Motion Day: January 7, 2019 |

To:   Ross H. Schmierer
      DeNittis Osefchen Prince, P.C.
      525 Route 73 North, Suite 410
      Marlton, New Jersey 08053

      Attorneys for Plaintiff

DMEAST #36108344 v1

**PLEASE TAKE NOTICE** that, on Monday, January 7, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Subaru of America, Inc., will move before the Honorable Joseph H. Rodriguez, U.S.D.J., at the United States District Court for the District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101-2797, for an Order dismissing the Complaint against Defendant for lack of subject matter jurisdiction and for failure to state a claim for which relief may be granted under Fed. R. Civ. P. 12(b)(1) and (6), and to strike Plaintiff's prayer for punitive damages pursuant to Fed. R. Civ. P. 12(f).

PLEASE TAKE FURTHER NOTICE that this Notice of Motion is being filed in accordance with L. Civ. R. 7.1.

Defendant shall rely upon the attached Brief and Declarations in support of this Motion.

A Proposed Form of Order is attached.

                                                          Respectfully submitted,

Dated:  December 3, 2018

                                                  *s/ Neal Walters*
                                                  Neal Walters (ID No. 020901993)
                                                  waltersn@ballardspahr.com
                                                  Casey Watkins (ID No. 060122014)
                                                  watkinsc@ballardspahr.com

        Sadé Calin (ID No. 231602017)
        calins@ballardspahr.com
        BALLARD SPAHR LLP
        210 Lake Drive East, Suite 200
        Cherry Hill, NJ 08002-1163
        Telephone: 856.761.3400
        Facsimile: 856.761.1020

        Attorneys for Subaru of America, Inc.