**Ballard Spahr**
LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Casey Watkins
Tel: 856.761.3455
Fax: 856.761.1020
WatkinsC@ballardspahr.com

June 15, 2020

*By Electronic Filing*
Hon. Joseph H. Rodriguez
Senior United States District Judge
P.O. Box 2797
Camden, NJ 08101-2797

    Re:    *Sauer v. Subaru of America, Inc.*, No. 1:18-cv-14933-JHR-AMD

Dear Judge Rodriguez:

This office represents Defendant, Subaru of America, Inc., in the above-referenced matter. I write with the consent of all parties. I am pleased to report that the parties have agreed on the terms of an individual settlement, and that the parties are in the process of executing a written settlement agreement and release.

Accordingly, the parties jointly and respectfully request that the Court enter a 60-day order pursuant to L. Civ. R. 41.1(b) and Fed. R. Civ. P. 41.

We thank the Court for its time and attention to this matter.

Very truly yours,

*/s/ Casey Watkins*
Casey Watkins

CW/mds
Attachment

cc:    Ross H. Schmierer
        Todd M. Friedman
        Tom E. Wheeler
        Neal Walters